[No. 74828-9-I.   Division One.   June 5, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. LONZO M. WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08945-1, Timothy A. Bradshaw, J., entered February 12, 2016. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Leach and Mann, JJ.

[No. 74919-6-I.   Division One.   June 5, 2017.]

DAWN CORNWELL, *Appellant*, v. MICROSOFT CORPORATION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-00302-0, John H. Chun, J., entered January 29, 2016. *Affirmed* by unpublished opinion per Mann, J., concurred in by Verellen, C.J., and Spearman, J.

[No. 74939-1-I.   Division One.   June 5, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN DAVID SWANSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-1-02627-1, Catherine D. Shaffer, J., entered February 6, 2016. *Affirmed* by unpublished opinion per Becker, J., concurred in by Schindler and Spearman, JJ.

[No. 74999-4-I.   Division One.   June 5, 2017.]

CHEUK CHHANN, *Individually and as Personal Representative, Appellant*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-16582-0, Brian D. Gain, J., entered February 26, 2016. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Schindler, JJ.